### SLIGO FURNACE CO. v. QUINN et al. (No. 139/45.)

(Supreme Court, Appellate Division, Fourth Department. May 12, 1915.)

EVIDENCE ☞354—ACTIONS BETWEEN PARTNERS—BOOK ENTRIES.

In an action between partners, entries by employés of plaintiff, who were not employés of the partnership, in books not shown to be the books of the partnership, were not evidence against defendants, without proof that they correctly recorded partnership transactions.

[Ed. Note.—For other cases, see Evidence, Cent. Dig. §§ 1432–1483; Dec. Dig. ☞354.]

Appeal from Trial Term, Cattaraugus County.

Action by the Sligo Furnace Company against Thomas H. Quinn and others. From a judgment in favor of plaintiff, defendants appeal. Reversed, and new trial ordered.

Argued before KRUSE, P. J., and ROBSON, FOOTE, LAMBERT, and MERRELL, JJ.

Allen J. Hastings, of Olean, for appellants.
Charles J. Hardy, of New York City, for respondent.

PER CURIAM. Without passing upon the question as to whether there was a partnership between the parties, we think the books of account, from which alone the alleged partnership transactions were proved by means of copies or statements, were not shown to be books of the partnership. They were kept by employés of plaintiff, who were not employés of the partnership. The entries were not evidence against defendants, without proof that they correctly recorded partnership transactions. We think defendants' exception to the admission in evidence of the statements from these books was well taken.

Judgment reversed, and new trial granted, with costs to appellant to abide the event.